UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIAM ROBERTS                                                                                            PLAINTIFF

vs.                                                                                   Civil No. 1:23-cv-00154-GHD-RP

THE CITY OF BOONEVILLE, MISSISSIPPI; et al.                                         DEFENDANTS

**ORDER GRANTING DEFENDANTS' SEPARATE MOTIONS FOR JUDGMENT
ON THE PLEADINGS**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendants Booneville Police Department, Karl Kourtney, Corrie Gann Robbins, Wesley Ferrell, Paul Duvall, DJ Wilkerson, and Michael Ramey's motion for judgment on the pleadings [Doc. No. 27] is GRANTED;

(2) the Defendant Prentiss County Jail's motion for judgment on the pleadings [Doc. No. 37] is GRANTED;

(3) the Defendant Tishomingo County Jail's motion for judgment on the pleadings [Doc. No. 43] is GRANTED;

(4) the Plaintiff's claims are DISMISSED WITH PREJUDICE; and

(5) this case is CLOSED.

SO ORDERED, this, the 17th day of June, 2024.

_____
SENIOR U.S. DISTRICT JUDGE